COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex parte Joseph Gomez

Appellate case number:   01-20-00004-CR & 01-20-00005-CR

Trial court case number:  1657519 & 1657521

Trial court:                    338th District Court of Harris County

      The motion for en banc reconsideration is denied.


      It is so ORDERED.


Judge's signature:    ____/s/ Peter Kelly_____
              ☑   Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date:  November 1, 2022